# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAFAK PERVEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BACERRA, in his official capacity, BRENT E. ORICK, in his official capacity, CALIFORNIA DEPARTMENT OF JUSTICE, COUNTY OF SACRAMENTO<br><br>Defendants. | Case No.: 2:18-cv-002793-KJM-KJN<br><br>**STIPULATION TO EXTEND DISCOVERY CUT-OFF DATES AND ORDER** |

## **INTRODUCTION**

The parties, Plaintiff Shafak Pervez ("Plaintiff") and Defendant County of Sacramento ("Defendant"), through their respective attorneys of record, hereby jointly stipulate to an extension of the currently scheduled discovery deadlines as set forth below.

## **RECITAL/GROUNDS FOR RELIEF**

Pursuant to Rule 16, a party may seek modification of a scheduling order, including modification of a discovery cut-off date, "only for good cause and with a judge's consent." Fed. R. Civ. P. 16(b)(4). Rule 16(b)'s good cause inquiry focuses primarily on the movant's diligence. *Coleman v. Quaker Oats Co*., 232 F.3d 1271, 1294 (9th Cir. 2000). However, the court has "broad discretion in supervising the pretrial phase of litigation." *Zivkovic v. S. Cal. Edison Co*.,

1

302 F.3d 1080, 1087 (9th Cir. 2002). A party may establish good cause by showing: (1) the [the parties were] diligent in assisting the court in creating a workable Rule 16 order; (2) that [the parties'] noncompliance with a Rule 16 deadline occurred or will occur, notwithstanding [their] diligent efforts to comply, because of the development of matters which could not have been reasonably foreseen or anticipated at the time of the Rule 16 scheduling conference; and (3) that [they were] diligent in seeking amendment of the Rule 16 order, once it because apparent that [they] could not comply with the order. *Hood v. Hartford Life & Accident Ins. Co.*, 567 F.Supp.2d 1221, 1224 (E.D. Cal. 2008) (citations omitted).

The current deadline to complete all non-expert discovery is March 9, 2020.

The parties stipulate and have agreed to extend the non-expert discovery deadline as follows:

(1) Defendant provided supplemental initial disclosures on February 13, 2020, February 21, 2020, and March 2, 2020 due to the recent discovery of more witnesses relating to Plaintiff's factual allegations and legal claims in this action. These additional witnesses include Andrea Konstad, Lloyd Benjamin, M.D., John Luo, MD, David Boggs, Jerry Wong, Natalie Stamper, Psy.D., Betty Gamez, and possibly Sacramento County Superior Court personnel related to superior court records ordered disclosed by Magistrate Judge Newman on February 13, 2020.

(2) All witnesses will need to be deposed. However, scheduling conflicts prevent Plaintiff's ability to depose them before March 9, 2020.

(3) Defendant's witness Julie Setzer has been out on medical leave for at least six months and is still out on medical leave preventing her from attending her deposition originally scheduled March 6, 2020.

(4) Defendant timely noticed the deposition of Gretchen Fehm Blake LCSW, however, the notice conflicted with a mandatory settle conference which Plaintiff's counsel had to be in attendance.

(5) Plaintiff timely noticed the deposition of the persons most knowledgeable regarding

2
STIPULATION TO EXTEND DISCOVERY CUT-OFF DATES AND ORDER

certain topics, however, the recent amended initial disclosures has necessitated deposing these witnesses prior to the noticing the PMK deposition(s).

(6) Modifying the non-expert discovery deadline pursuant to this stipulation will allow the parties an opportunity to collaborate informally to complete the discovery process without further involvement of the court.

(7) The parties make this request to modify the discovery cut-off date after ultimately concluding that avoiding this request is not feasible.

ACCORDINGLY, THE PARTIES STIPULATE AND AGREE TO THE FOLLOWING:

1. To extend the non-expert discovery cut-off deadline 45 days, to April 23, 2020 for depositions of the above-named witnesses.

2. To extend the non-expert discovery cut-off deadline 60 days, to May 8, 2020 to depose Julie Setzer.

**SO STIPULATED.**

Dated: March 5, 2020  **LAW OFFICE OF KELLAN PATTERSON**

*/s/ Kellan S. Patterson*
Kellan Patterson
Attorney for SHAFAK PERVEZ

Dated: March 5, 2020  **RIVERA HEWITT PAUL LLP**

*/s/ Shanan L. Hewitt*
Shanan Hewitt
Attorney for COUNTY OF SACRAMENTO

## ORDER

The Court does find good cause to modify and extend non-expert discovery in light of the recitals stipulated above and so orders that request to extend the non-expert discovery deadline is granted as follows:

1. The non-expert discovery cut-off deadline is hereby extended by 45 days, to April 23, 2020, for depositions of the above-named witnesses to be conducted; and
2. The non-expert discovery cut-off deadline is hereby extended by 60 days, to May 8, 2020, for the deposition of Julie Setzer to be conducted.

**IT IS SO ORDERED**

Dated: March 10, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE