IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAFAK PERVEZ, | CASE NO: 2:18-cv-02793-KJM-KJN |
| Plaintiff, | ORDER ON DEFENDANT'S REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141 |
| vs. | |
| XAVIER BACERRA, in his official capacity, BRENT E. ORICK, in his official capacity, CALIFORNIA DEPARTMENT OF JUSTICE, COUNTY OF SACRAMENTO | |
| Defendants. | |

"'[C]ompelling reasons' must be shown to seal judicial records attached to a dispositive motion[,]" such as a motion for summary judgment. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (citation omitted). "This court, and others within the Ninth Circuit, have recognized that the need to protect medical privacy qualifies as a 'compelling reason' for sealing records." *Chester v. King*, No. 1:16-cv-01257, 2019 WL 5420213, at *2, 2019 U.S. Dist. LEXIS 154413, at *5 (E.D. Cal. Sep. 10, 2019)

**IT IS HEREBY ORDERED THAT** the following records be sealed for purposes of defendant County of Sacramento's opposition to plaintiff's motion for summary judgment:

1. Kaiser Permanente Records for Shafak Pervez, Emergency Psychiatric Assessment and Application for 72-Hour Detention For Evaluation and Treatment dated 9-15-00

        (Excerpts from Exhibit 3 to Gretchen Fehm Blake LCSW's Deposition dated June 1, 2020 (Bates stamped pages Kaiser0460 to Kaiser0464)

        (Bates Stamped DEF'S REQ TO SEAL 01 through 05)

2. Sacramento County DBHS Diagnosis and Movement History for Pervez, Shafak (Bates Stamped DEF's REQ TO SEAL 06 through 08)

3. Sacramento County Superior Court Mental Health History Report for Shafak Pervez (Exhibit 3 to Kimberly Ann Ledden Pedersen's deposition dated May 19, 2020 (Bates Stamped DEF'S REQ TO SEAL 09)

The Clerk of the Court shall file these documents under seal as provided for in Local Rule 141.

    IT IS SO ORDERED.

DATE:  December 10, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE