## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SHAFAK PERVEZ,**

CASE NO: **2:18–CV–02793–KJM–KJN**

v.

**COUNTY OF SACRAMENTO, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/27/2022**

**Keith Holland**
Clerk of Court

ENTERED: **June 27, 2022**

by: /s/ L. Mena–Sanchez
Deputy Clerk